TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JOSEPH E. KOEHLER
Assistant United States Attorney
Arizona State Bar No. 013288
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: joe.koehler@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Mario Canchola, Jr., and<br>(Counts 1 – 2)<br><br>2. Christopher Anthony Soliz,<br>(Counts 1 – 5)<br><br>Defendants. | No. CR-25-00463-PHX-SPL (MTM)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>Count 2<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>Counts 3 – 5 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Beginning on or before June 22, 2024, and continuing to and including June 24, 2024, in the District of Arizona, Defendants MARIO CANCHOLA, JR., and CHRISTOPHER ANTHONY SOLIZ did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: in connection with the acquisition of a firearm from a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, to knowingly make false and fictitious written statements to a dealer of

firearms, which statements were intended and likely to deceive the dealer of firearms as to a fact material to the lawfulness of such sale, in that the purchaser of the firearm stated that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to obtain a firearm from a licensed dealer of firearms by means of knowing false statements and representations that concealed the identity of the true purchaser of the firearm from the records the dealer was required to maintain.

**The Means and Methods of the Conspiracy**

The means and methods employed by Defendants MARIO CANCHOLA, JR., and CHRISTOPHER ANTHONY SOLIZ to carry out the conspiracy and effect its unlawful objects are as follows:

1. It was part of the conspiracy that Defendant MARIO CANCHOLA, JR., would purchase a firearm in the District of Arizona with the intention to provide the firearm to Defendant CHRISTOPHER ANTHONY SOLIZ.

2. It was a further part of the conspiracy that Defendant MARIO CANCHOLA, JR., would make false statements and representations on the ATF Form 4473 regarding the actual purchaser/buyer of the firearm.

3. It was a further part of the conspiracy that Defendant CHRISTOPHER ANTHONY SOLIZ would provide money to Defendant MARIO CANCHOLA, JR., to purchase the firearm.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

1. Between on or about June 22, 2024 and June 24, 2024, Defendant CHRISTOPHER ANTHONY SOLIZ knowingly induced and procured

Defendant MARIO CANCHOLA, JR., to make false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business.

2. On June 22, 2024, in connection with the purchase of a firearm, Defendant MARIO CANCHOLA, JR., completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, containing statements or representations that he knew to be false.

3. Defendant CHRISTOPHER ANTHONY SOLIZ provided money to Defendant MARIO CANCHOLA, JR., to make the firearm purchase.

4. On June 24, 2024, Defendant MARIO CANCHOLA, JR., reaffirmed his answers on the ATF Form 4473 and completed the purchase of the firearm. After purchasing the firearm, Defendant MARIO CANCHOLA, JR., sent a message to Defendant CHRISTOPHER ANTHONY SOLIZ to arrange to have Defendant CHRISTOPHER ANTHONY SOLIZ receive the firearm.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or between June 22, 2024, and June 24, 2024, in the District of Arizona, Defendants MARIO CANCHOLA, JR., and CHRISTOPHER ANTHONY SOLIZ knowingly made false statements and representations in connection with the acquisition of a firearm(s) to Sprague's Sports, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of such business, in that Defendant MARIO CANCHOLA, JR., did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives

Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearm on behalf of Defendant CHRISTOPHER ANTHONY SOLIZ.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 3 – 5

On or about the dates listed below, in the District of Arizona, Defendant CHRISTOPHER ANTHONY SOLIZ knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in each of the counts below, stating that Defendant CHRISTOPHER ANTHONY SOLIZ resided at an address on South 22nd Avenue in Yuma, Arizona, whereas in truth and in fact, Defendant CHRISTOPHER ANTHONY SOLIZ knew that he resided at a different address:

| Count | Date | Business (FFL) |
|---|---|---|
| 3 | 9/14/2023 | Sportsman's Warehouse |
| 4 | 6/6/2024 | Firearm Unknown / Hiram's Guns |
| 5 | 6/19/2024 | Sprague's Sports |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: March 25, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
JOSEPH E. KOEHLER
Assistant U.S. Attorney

- 4 -