The Nava Law Firm, PLLC
Ian Cobb (SB#037838)
1641 E Osborn Rd #8
Phoenix, AZ 85016
(602) 358-0288 (main office)
admin@navalawaz.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | Case No. 2:25-cr-00463-SPL-1 |
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR DOWNWARD DEPARTURE** |
| vs. | |
| Mario Canchola, Jr., | |
| Defendant. | |

The defendant, Mario Canchola, Jr. ("Mr. Canchola"), by and through his attorneys undersigned, and pursuant to 18 U.S.C. §3553, hereby files his sentencing memorandum and/or request for downward departure, and submits that a sentence of probation is appropriate. Given the nature and circumstances of the offense, the history and characteristics of Mr. Canchola, the purposes of sentencing, the kinds of sentences available, and the applicable departures, probation appears appropriate, always more fully set forth in the memorandum below.

RESPECTFULLY submitted this 09th day of December, 2025.

s/ Ian Cobb
Ian Cobb
*Attorney for Mario Canchola, Jr.*

1

## MEMORANDUM OF POINTS AND AUTHORITIES

The sentence imposed should be "sufficient, but not greater than necessary to comply with the provisions of law". 18 U.S.C §3553(a). Generally, the district courts are granted the authority to engage in individualized sentencing. Circumstances must indicate that the sentence was substantively reasonable. *Gall v. United States*, 128 S.Ct. 586, 597 (2007 WL).

## I.  THE NATURE AND CIRCUMSTANCES OF THE OFFENSE AND THE HISTORY AND CHARACTERISTEICS OF THE DEFENDANT.

The present offense of conviction constitutes Mr. Canchola's first serious breach of the law. Mr. Canchola has accepted responsibility for his role in the case. Mr. Canchola only made this mistake a single time. He did not receive any financial gain from the crime. Mr. Canchola also immediately forfeited the weapon to the government once he fully understood the seriousness of his action. Mr. Canchola is also a father and provider for his family. He recently became a full-time employee, from a contractor, and was able to move his family up to Phoenix. This is a great accomplishment for him as it is a secure job and has made him able to have additional stability.

## II.  THE NEED FOR THE SENTENCE IMPOSED.

**A.  To Reflect The seriousness Of The Offense, To Promote Respect For The Law, And To Provide Just Punishment For The Offense**

This case has given Mr. Canchola perspective on his decision making and how it affects more than just him. The court released him pending trial to the supervision of pre-trial services. For the last eight months, he had no issues reporting and incurred zero violations. The offense is serious, but the direct effect from Mr. Canchola is minimal as the firearm was seized the same day. Just punishment would allow him to keep working to support his family.

**B. and C. To Afford Adequate Deterrence To Criminal Conduct and To protect The Public From Further Crimes Of The Defendant.**

Having a felony on his record will affect him for the remainder of his life. Probation also has requirements that take time out of his busy work schedule. Additional deterrence is not appropriate as Mr. Canchola has shown serious remorse and acceptance of responsibility. Past conduct is the best predictive metric for future behavior. This is his first criminal

conviction, and he does not plan to have any more. A deviation below the sentencing guideline is warranted as it will punish him while allowing him to continue to be a contributing member of society.

RESPECTFULLY SUBMITTED this 9th day of December, 2025.

s/ Ian Cobb
Ian Cobb
*Attorneys for Mario Canchola Jr.*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on <u>December 9, 2025,</u> I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office, USDC Phoenix
The Honorable Judge Bronvich
Joseph Edward Koehler, *Assistant U.S. Attorney*